Watt T. HENRY, Jr., Petitioner-Appellant,

v.

Donald JOHNSON, Administrator of the Veterans Administration, Respondent-Appellee.

No. 71–1341

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 29, 1971.

Andrew L. Monson, Dallas Legal Services Project, Edward J. Polk, Dallas, Tex., for petitioner-appellant.

Eldon B. Mahon, U. S. Atty., Martha Joe Stroud, Asst. U. S. Atty., Dallas, Tex., Alan S. Rosenthal, David V. Seaman, Attys., Civil Div., Dept. of Justice, L. Patrick Gray, III, Asst. Atty. Gen., Dept. of Justice, Washington, D. C., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

Jim MILLER, Plaintiff-Appellant,

v.

Elliott L. RICHARDSON, Secretary of Health, Education and Welfare, Defendant-Appellee.

No. 71–1703

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 15, 1971.

John A. Lloyd, Jr., of Masterson, Lloyd, Sundberg & Rogers, St. Petersburg, Fla., for plaintiff-appellant.

John L. Briggs, U. S. Atty., Richard H. McInnis, Asst. U. S. Atty., Tampa, Fla., for defendant-appellee.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.